UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7396

PATRICK LEWIS RUDD,

                                    Petitioner - Appellant,

        versus

STEPHEN  M.  DEWALT,  Warden,  Federal  Prison
Camp; FEDERAL BUREAU OF PRISONS; UNITED STATES
OF AMERICA,

                                    Respondents - Appellees.

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  North  Carolina,  at  Raleigh.    Terrence  W.  Boyle,
District Judge. (CA-03-713-5-BO)

Submitted:  February 9, 2005        Decided:  February 14, 2005

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Patrick  Lewis  Rudd,  Appellant  Pro  Se.    Rudolf  A.  Renfer,  Jr.,
Assistant  United  States  Attorney,  Raleigh,  North  Carolina,  for
Appellees.

Unpublished  opinions  are  not  binding  precedent  in  this  circuit.
See Local Rule 36(c).

PER CURIAM:

Patrick Lewis Rudd appeals the district court's judgment and orders denying his 28 U.S.C. § 2241 (2000) petition and his motion for reconsideration. We have reviewed the record and the district court orders and affirm for the reasoning of the district court. See Rudd v. DeWalt, No. CA-03-713-5-BO (July 21, 2004 & filed Sept. 17, 2004 & entered Sept. 21, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED